THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH STEPTER, Appellant.

Submitted June 14, 2010; decided June 24, 2010

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.